IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID TYRON JONES**                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:16-CV-00926 KGB/BD**

**CRITTENDEN COUNTY JAIL, et al.**                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**   **Discussion**

David Tyron Jones, formerly an inmate at the Crittenden County Jail, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. His claims arise from allegations that the United States government is responsible for killing many African-American inmates during their incarceration. (Docket entry #2) Because Mr. Jones's original complaint did not adequately state federal claims for relief, he was provided an opportunity to amend his complaint. (#12) The Court specifically cautioned Mr. Jones

that his failure to file an amended complaint would likely result in the dismissal of his claims, without prejudice. Mr. Jones was ordered to file his amended complaint within thirty days of February 16, 2017. As of this date, Mr. Jones has not filed an amended complaint, as ordered.

### III. Conclusion

The Court recommends that Mr. Jones's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 16, 2017 order and his failure to prosecute this lawsuit.

DATED this 25th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE