# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID TYRON JONES**                                                                                   **PLAINTIFF**

**v.**                          **Case No. 4:16-cv-00926-KGB/BD**

**CRITTENDEN COUNTY JAIL,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 14). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Therefore, Mr. Jones' complaint is dismissed without prejudice (Dkt. No. 2).

So ordered this the 13th day of July, 2018.

_____
Kristine G. Baker
United States District Judge