IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID TYRON JONES**                                                               **PLAINTIFF**

**v.**                    Case No. 4:16-cv-00926-KGB/BD

**CRITTENDEN COUNTY JAIL,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 13th day of July, 2018.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge